No. 93–2098. GRIMES ET AL. *v.* VITALINK COMMUNICATIONS CORP. ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–6940. ACOSTA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–9689. JONSSON, AKA AKABERIAN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–9698. MILLER *v.* UNITED STATES; and
No. 94–5068. HAMILTON, AKA NORDQUIST *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 93–9773. PASQUARILLE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–70. CITY OF LOS ANGELES ET AL. *v.* BRADFORD. C. A. 9th Cir. Certiorari denied.

No. 94–72. SANDLER ASSOCIATES, L. P., ET AL. *v.* BELLSOUTH CORP. ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–108. COMPARATO, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF CAMPARATO, DECEASED, ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–173. DIXON *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 94–207. GRUPO PROTEXA, S. A., ET AL. *v.* ALL AMERICAN MARINE SLIP, A DIVISION OF MARINE OFFICE OF AMERICAN CORP., ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–212. HOLMBERG ET UX. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–257. EVANS, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF DALEY, DECEASED *v.* RESOLUTION TRUST CORPORATION, RECEIVER FOR UNIVERSITY SAVINGS ASSN., ET AL. C. A. 5th Cir. Certiorari denied.